Donald F. QUICK, Appellant,

v.

Richard C. KING, Director of Revenue, Respondent.

No. WD 36294.

Missouri Court of Appeals, Western District.

April 23, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 28, 1985.

Application to Transfer Denied Aug. 7, 1985.

Andrew J. Gelbach, Warrensburg, for appellant.

William L. Webster, Atty. Gen., Melodie A. Powell, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from judgment affirming driver's license revocation for refusal to submit to a breathalyzer test, pursuant to § 577.041, RSMo Supp.1984.

Affirmed. Rule 84.16(b).